**Dismissed and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00759-CV

---

### JAMAAL  JOHNSON, Appellant

### V.

### COLETTE  BURNS, Appellee

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2015-11901**

---

### MEMORANDUM  OPINION

This appeal is from an order signed November 30, 2021. The clerk's record was filed May 6, 2022. No brief was filed.

On November 15, 2022, this court issued an order stating that unless appellant filed a brief on or before December 15, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant